**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| PREETI DOE,<br><br>  Plaintiff,<br><br>vs.<br><br>ROCHELLE STERLING in her capacity as sole trustee of THE STERLING FAMILY TRUST, et al.,<br><br>  Defendants. | No. 23-cv-10061-RAO<br><br>**JUDGMENT** |

This matter was tried by jury in Courtroom 590 of the above-entitled court, the Honorable Rozella A. Oliver, Judge, presiding. Plaintiff was represented by Tom Kayes and Maggi Carfield of Loevy & Loevy and Defendants Beverly Hills Properties, LLC ("BHP") and Rochelle Sterling, in her capacity as sole trustee of

the Sterling Family Trust ("the Trust") were represented by Greg Garbacz and Imbar Sagi-Lebowitz of Klinedinst PC. A jury was empaneled and sworn. The trial began on February 9, 2026 and the jury completed the deliberations and returned a special verdict on February 18, 2026. ECF Nos. 250, 251. A true and correct copy of the special verdict is attached hereto as Exhibit "A" and incorporated by reference.

In regard to claim number 1: Quid Pro Quo Sex Harassment pursuant to the federal Fair Housing Act and California Fair Employment & Housing Act, the jury returned a verdict for BHP and the Trust and against Plaintiff.

In regard to claim number 2: Hostile Housing Environment Harassment pursuant to the federal Fair Housing Act and California Fair Employment & Housing Act, the jury returned a verdict for Plaintiff and against BHP and the Trust.

In regard to claim number 3: Negligence, the jury returned a verdict for Plaintiff and against BHP and the Trust. The jury also made the following findings regarding comparative negligence: James Shin - 42%; Beverly Hills Properties, LLC - 34%; and the Sterling Family Trust - 24%.

In regard to damages regarding Claims 2 and 3, the jury found compensatory damages in the amount of $2,800,000 against BHP and the Trust.

THEREFORE, judgment on the attached Special Verdict is entered as follows in favor of:

(1) Defendants Beverly Hills Properties, LLC and the Sterling Family Trust as to Claim 1 (Quid Pro Quo Sex Harassment) under the federal Fair Housing Act and California Fair Employment and Housing Act;

(2) Plaintiff Preeti as to Claim 2 (Hostile Housing Environment Sex Harassment) under the federal Fair Housing Act and California Fair Employment and Housing Act, and Claim 3 (Negligence) against Defendants Beverly Hills Properties, LLC and the Sterling Family Trust in the amount of $2,800,000.

Any entitlement to a recovery of fees and/or costs is reserved and the judgment shall be amended to include such fees and costs, if any, to be determined by noticed motion.

Dated: March 6, 2026

By:   _____/s/_____
Hon. Rozella A. Oliver